UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ALFA MARE S.A.,

    Plaintiff,

vs.                                        Case No.:

NAVISION SHIPPING COMPANY A/S,
and NAVISION SHIPPING HOLDING A/S,

    Defendants.

_____/

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR APPOINTMENT AS SUBSTITUTE CUSTODIAN

TAD HUMPHREYS, as President of INTERNATIONAL SHIP REPAIR, being first duly sworn, deposes and says:

1. INTERNATIONAL SHIP REPAIR will become familiar with the M/V NAVISION IVORY, and believes it has adequate facilities and supervision for, and can safely keep the M/V NAVISION IVORY and the fuel oil bunkers and other property on board said vessel (collectively the "Vessel") in lieu of the Marshal during the pendency of this lawsuit herein and until further order of the Court and, in this regard, affiant states that it will exercise due care to preserve and protect every portion and/or part of the Vessel during custodianship and to keep accurate records of the recovery of such portions and/or parts.

2. That INTERNATIONAL SHIP REPAIR has liability insurance in the amount of approximately $10,000,000 (ten million dollars) to respond in damages for loss of or

injury to the said Vessel during said custody or for damages sustained by third parties due to the negligence of INTERNATIONAL SHIP REPAIR, or its employees or agents.

3. INTERNATIONAL SHIP REPAIR agrees to accept Substitute Custodianship of the said Vessel in accordance with the Order Appointing Substitute Custodian.

4. All costs and expenses incidental to the keeping of the Vessel will be paid initially by the Plaintiff. The United States Marshal will not assume liability for any costs incurred incidental to a Court appointed custodianship.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
(SIGNATURE)

TAD HUMPHREYS
(TYPED NAMED)

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Before me, the undersigned authority, personally appeared TAD HUMPHREYS, President of INTERNATINOAL SHIP REPAIR, who has produced _____ as identification or is personally known to me, and who was duly sworn and says that the foregoing is true and correct to the best of his information and belief.

SWORN TO AND SUBSCRIBED before me this  /5  day of February, 2011.

_____
Notary Public, State of Florida
at Large

RACHEL M. SANTOS
Notary Public - State of Florida
My Commission Expires Oct 9, 2011
Commission # DD 723594
Bonded Through National Notary Assn.

My Commission Expires: 10/9/2011

2