UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

===============================================================================

CASE NO.   8:11-cv-314-T-23MAP          DATE   2/22/11

TITLE   Alfa Mare S.A. v. Navision Shipping Company A/S and Navision Shipping Holding A/S
TIME   1:14 p.m.-2:36 p.m.          TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:   Allison Goodman Gold

Court Reporter:       Bill Jones

===============================================================================

Attorney(s) for Plaintiff(s):                      Eric Thiel and David Pope
Attorney(s) for Claimant K/S Navision Ivory:   Natalie Thomas and Christopher Nolan

PROCEEDINGS:      Hearing on motion to vacate by Claimant K/S Navision Ivory (doc. 23)

\*Plaintiff's counsel (Thiel) argued as to why attachment is appropriate.

\*The Court inquired as to Plaintiff's position on the Court ordering Plaintiff to post security.

\*Mr. Thiel said it should be Defendants and not Plaintiff who posts security because (1) there was probable cause for the attachment, and (2) there has been no objection as to the attachment of assets other than the vessel.

\*The Court inquired as to whether it should expect claims from others as to cargo on the attached vessel.

\*Thiel said he has been informed there may be another motion to vacate, but he doesn't know as to what cargo or who will be filing the motion.

\*Mr. Nolan then argued the motion on behalf of K/S Navision Ivory.

\*The Court asked the parties to discuss the issue of security and recessed.